**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ezequiel CHACON–CAMACHO, also**
**known as Julio Gaytan–Camacho,**
**Defendant–Appellant.**

No. 07–50245
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Christopher Allen Antcliff, Stanton & Antcliff, El Paso, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ezequiel Chacon–Camacho raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.